# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Richard Philippe | ) Case No. 19-mj-7256 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2019__ in the county of __Bristol__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

Please see attached affidavit by ATF Special Agent Jacob Berrick

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Special Agent Jacob Berrick
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 25, 2019

*Judge's signature*

City and state: Boston, Massachusetts     Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*