Richard Philippe
℅ 13 Baltic Street
Attleboro, Massachusetts [02703]

FILED
IN CLERKS OFFICE

2023 FEB -6 PM 10: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

## United States District Court

### District Of Massachusetts

| | |
|---|---|
| USA, ) | Case No. 1:19-cr-10328-FDS |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | **Notice Of Acceptance And Demand** |
| ) | **For Release** |
| Richard Philippe, ) | |
| ) | |
| Defendant ) | |

Dear Chief F. Dennis Saylor, IV,

I Richard Philippe Grantor, Beneficiary, Owner and holder of all right title and interest, hereby accept all Bond Obligation For the Return of Property Richard Philippe flesh blood, living soul on case name: USA v. Richard Philippe, Case No 1:19-cr-10328-FDS.

I Richard Philippe direct the court to order and/or Release of Property Richard Philippe flesh blood, living soul within 72 hours upon receiving this instrument.

If any authorization is required by Grantor Richard Philippe contact the beneficiary

In address below.

Richard Philippe
_____
By: Grantor

% 13 Baltic Street Attleboro, Massachusetts [02703]
_____
Address of Grantor
